**DISMISS and Opinion Filed December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00748-CV

**BRANDON LIMOGES AND CASSIE LIMOGES INDIVIDUALLY AND AS NEXT FRIEND OF E.L., A MINOR, Appellants**

**V.**

**STARCREEK MONTESSORI SCHOOL, LLC D/B/A MONTESSORI SCHOOL AT STARCREEK, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05421-2017**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By postcard dated July 27, 2018, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


                                        /Carolyn Wright/
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE

180748F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRANDON LIMOGES AND CASSIE
LIMOGES INDIVIDUALLY AND AS
NEXT FRIEND OF E.L., A MINOR,
Appellants

No. 05-18-00748-CV          V.

STARCREEK MONTESSORI SCHOOL,
LLC D/B/A MONTESSORI SCHOOL AT
STARCREEK, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-05421-2017.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STARCREEK MONTESSORI SCHOOL, LLC D/B/A
MONTESSORI SCHOOL AT STARCREEK recover its costs of this appeal from appellants
BRANDON LIMOGES AND CASSIE LIMOGES INDIVIDUALLY AND AS NEXT FRIEND
OF E.L., A MINOR.

Judgment entered December 17, 2018.

–3–